UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Ray A Sanders<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   20-16403<br><br>Chapter:  13<br>Honorable Timothy Barnes |

**Order Dismissing Case for Unreasonable Delay**

This matter coming before the Court on Trustee's Motion to Dismiss for Unreasonable Delay, the Court having heard the facts and the arguments of Counsel,

IT IS HEREBY ORDERED:

This case is dismissed.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  November 19, 2020

**Prepared by counsel of Movant:**

Office of the Chapter 13 Trustee
Marilyn O. Marshall
Suite 800
224 South Michigan Avenue
Chicago, IL 60604-2500
(312) 431-1300