Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 20−16403
Chapter: 13
Judge: Timothy A. Barnes

In Re:
  Ray A Sanders
  5741 S. Wood
  Chicago, IL 60636

Social Security / Individual Taxpayer ID No.:
  xxx−xx−5294

Employer Tax ID / Other nos.:

---

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on November 19, 2020

FOR THE COURT

Dated: November 20, 2020

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

| | |
|---|---|
| In re: | Case No. 20-16403-TAB |
| Ray A Sanders | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0752-1 | User: abowles | Page 1 of 3 |
| Date Rcvd: Nov 20, 2020 | Form ID: ntcdsm | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ray A Sanders, 5741 S. Wood, Chicago, IL 60636-1646 |
| 29023126 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 29007661 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 29010126 | + | City of Chicago Department, Of Administrative Hearing, City of Chicago - DOAH C/O Arnold Scott, 111 W. Jackson Ste. 600, Chicago, IL 60604-3517 |
| 29007662 | | City of Chicago Dept. of Revenue, Camera Enforcement Violation, PO Box 88292, Chicago, IL 60680-1292 |
| 29007663 | + | City of Chicago Parking, Department of Finance, P. O. Box 6330, Chicago, IL 60680-6330 |
| 29007666 | | Commonwealth Edison-Care Center, Bankruptcy Department, PO Box 6113, Carol Stream, IL 60197-6113 |
| 29007673 | + | Icarlus Investment Group, LLC, David Pezzola, 161 N Clark St., #4700, Chicago, IL 60601-3201 |
| 29007676 | + | Illinois Tollway, Bankruptcy Department, PO Box 5544, Chicago, IL 60680-5491 |
| 29007677 | + | Illinois Tollway Headquarters, 2700 Ogden Ave., Downers Grove, IL 60515-1703 |
| 29007680 | + | Little Company of Mary Hospital, 2800 W. 95th Street, Evergreen Park, IL 60805-2795 |
| 29027481 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 29007682 | + | Northwestern Hospital, PO Box 73690, Chicago, IL 60673-7690 |
| 29007685 | + | Peoples Gas, Bankruptcy Department, 200 E. Randolph Street, Chicago, IL 60601-6302 |
| 29007686 | | Progressive, 256 Vest Data Drive, Draper, UT 84020 |
| 29007688 | + | Secretary of State (s53672174202), Safety & Financial Responsibility, 2701 South Dirksen Parkway, Springfield, IL 62723-1000 |
| 29007689 | + | Secretary of State License Renewal, 17 N State, Suite 1100, Chicago, IL 60602-3561 |
| 29007690 | + | Trident Asset Manageme, 10375 Old Alabama Road Co, Alpharetta, GA 30022-1122 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: courtnotices@chi13.com | Nov 20 2020 23:14:00 | Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604-2503 |
| 29007658 | | EDI: ATTWIREBK.COM | Nov 21 2020 03:48:00 | AT&T Corp., Karen Cavagnaro - Lead Paralegal, One AT&T Way, Rm. 3A104, Bedminster, NJ 07921-2693 |
| 29007656 | | EDI: AAEO.COM | Nov 21 2020 03:48:00 | Aarons Sales & Leasing, Bankruptcy Department, 654 TORRENCE AVE, Calumet City, IL 60409-3814 |
| 29007657 | + | EDI: PHINHARRIS | Nov 21 2020 03:53:00 | Arnold Scott Harris, P.C., 111 W. Jackson Blvd. Ste. 600, Chicago, IL 60604-3517 |
| 29007659 | | EDI: BANKAMER.COM | Nov 21 2020 03:48:00 | Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 29007660 | + | EDI: DVTM.COM | Nov 21 2020 03:48:00 | Bridgecrest, Po Box 29018, Phoenix, AZ 85038-9018 |
| 29011118 | + | EDI: DVTM.COM | Nov 21 2020 03:48:00 | Carvana LLC, Po Box 29018, Phoenix AZ 85038-9018 |
| 29012120 | + | EDI: PHINHARRIS | Nov 21 2020 03:53:00 | City Of Chicago Department of Finance, C/O |

Case 20-16403 Doc 25 Filed 11/22/20 Entered 11/22/20 23:11:41 Desc Imaged
Certificate of Notice Page 3 of 4

| | | |
|---|---|---|
| District/off: 0752-1 | User: abowles | Page 2 of 3 |
| Date Rcvd: Nov 20, 2020 | Form ID: ntcdsm | Total Noticed: 46 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Arnold Scott Harris P.C., 111 W Jackson Blvd Suite 600, Chicago, IL 60604-3517 |
| 29007664 | + | EDI: LCIFULLSRV | Nov 21 2020 03:48:00 | Comcast, Bankruptcy Department, PO Box 1931, Burlingame, CA 94011-1931 |
| 29007665 | + | Email/Text: comedbankruptcygroup@exeloncorp.com | Nov 20 2020 23:16:00 | Commonwealth Edison Company, Bankruptcy Department, 1919 Swift Drive, Oak Brook Terrace, IL 60523-1502 |
| 29007667 | + | EDI: CONVERGENT.COM | Nov 21 2020 03:48:00 | Convergent Outsourcing, Po Box 9004, Renton, WA 98057-9004 |
| 29007668 | + | EDI: CMIGROUP.COM | Nov 21 2020 03:48:00 | Credit Management Lp, 6080 Tennyson Parkway, Plano, TX 75024-6002 |
| 29007669 | + | Email/Text: bknotice@ercbpo.com | Nov 20 2020 23:15:00 | Enhanced Recovery Collections, 8014 Bayberry Rd., Jacksonville, FL 32256-7412 |
| 29007671 | | EDI: BLUESTEM | Nov 21 2020 03:48:00 | FINGERHUT/WEBBANK, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |
| 29007670 | | EDI: BLUESTEM | Nov 21 2020 03:48:00 | Fingerhut, PO Box 1250, Saint Cloud, MN 56395-1250 |
| 29007672 | + | Email/Text: bkynotice@harvardcollect.com | Nov 20 2020 23:16:00 | Harvard Collections, Services Inc., 4839 N. Elston Ave., Chicago, IL 60630-2589 |
| 29007674 | | Email/Text: rev.bankruptcy@illinois.gov | Nov 20 2020 23:14:00 | Illinois Department of Revenue, Bankrtupcy Section, PO Box 19035, Springfield, IL 62794-9035 |
| 29007675 | | Email/Text: rev.bankruptcy@illinois.gov | Nov 20 2020 23:14:00 | Illinois Dept. of Revenue, Bankruptcy Unit, P.O. Box 19035, Springfield, IL 62794-9035 |
| 29007679 | | EDI: IRS.COM | Nov 21 2020 03:48:00 | IRS, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 29007678 | | EDI: PHINGENESIS | Nov 21 2020 03:53:00 | Indigo Bankcard Services, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 29007681 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2020 00:02:37 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 29014207 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2020 00:01:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 29012426 | | EDI: AGFINANCE.COM | Nov 21 2020 03:48:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 29007683 | + | EDI: AGFINANCE.COM | Nov 21 2020 03:48:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 29007684 | + | Email/Text: opportunitynotices@gmail.com | Nov 20 2020 23:15:00 | Opportunity Financial, 130 E. Randolph St., Ste. 3400, Chicago, IL 60601-6379 |
| 29008509 | + | EDI: PRA.COM | Nov 21 2020 03:48:00 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 29095461 | + | EDI: PRA.COM | Nov 21 2020 03:48:00 | Orion Portfolio Services II, LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 29007687 | + | Email/Text: bankruptcy@rentacenter.com | Nov 20 2020 23:16:00 | Rent A Center, 13 Clock Tower Plaza, Elgin, IL 60120-7800 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| District/off: 0752-1 | User: abowles | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 20, 2020 | Form ID: ntcdsm | Total Noticed: 46 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2020                     Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2020 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| David M Siegel | on behalf of Debtor 1 Ray A Sanders davidsiegelbk@gmail.com  R41057@notify.bestcase.com;johnellmannlaw@gmail.com |
| Jaime Dowell | on behalf of Creditor City Of Chicago jaime.dowell@cityofchicago.org |
| Marilyn O Marshall | courtdocs@chi13.com |

TOTAL: 3